**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 27 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMY ROTH; SHANA EKIN, as individuals and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs - Appellees,<br><br>  v.<br><br>CHA HOLLYWOOD MEDICAL CENTER, L.P., DBA CHA Hollywood Presbyterian Medical Center and Hollywood Presbyterian Medical Center; CHS HEALTHCARE MANAGEMENT, L.L.C.,<br><br>        Defendants - Appellants. | No. 13-55771<br><br>D.C. No. 2:12-cv-07559-ODW-SH<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

6/27/13

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CR_____ DEPUTY

Before: TROTT, LUCERO[*], and W. FLETCHER, Circuit Judges.

     Plaintiffs-Appellees' Motion to take Judicial Notice, filed on May 16, 2013,

is **GRANTED**.

---

     [*]    The Honorable Carlos F. Lucero, Circuit Judge for the U.S. Court of Appeals for the Tenth Circuit, sitting by designation.