JS-5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY ROTH, SHANA EKIN, as individuals and on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>CHA HOLLYWOOD MEDICAL CENTER, L.P., d/b/a CHA Hollywood Presbyterian Medical Center and Hollywood Presbyterian Medical Center, and CHS HEALTHCARE MANAGEMENT, L.L.C.,<br><br>　　　　　　Defendants. | Case No. 2:12-cv-07559-ODW (SHx)<br><br>**ORDER REOPENING CASE AND ORDERING DEFENDANTS TO ANSWER OR OTHERWISE RESPOND** |

　　　　In light of the Ninth Circuit's July 22 Mandate, the Court directs the Clerk of Court to reopen this case. Defendants shall answer or otherwise respond to Plaintiffs' First Amended Complaint no later than August 15, 2013. Should Defendants opt to re-file their motion to dismiss the FAC, Defendants are advised that the Court will not to strike class allegations at this early stage of the proceedings. *E.g.*, *Kisliuk v. ADT Sec. Servs., Inc.*, 263 F.R.D. 544, 546–47 (C.D. Cal. 2008). Any attacks directed to

/ / /

/ / /

/ / /

class certification shall be raised in opposition to Plaintiffs' class-certification motion, which shall be heard no later than **October 28, 2013**. Plaintiffs' failure to file a class-certification motion on or before September 30 will constitute waiver of class certification.

      **IT IS SO ORDERED.**

      July 25, 2012

                                      _____
                                      **HON. OTIS D. WRIGHT, II**
                                    **UNITED STATES DISTRICT JUDGE**

```
cc: order,docket, transmittal letter to
Los Angeles Superior Court, BC 460280
```