O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY ROTH, SHANA EKIN, as individuals and on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br>          v.<br><br>CHA HOLLYWOOD MEDICAL CENTER, L.P., d/b/a CHA Hollywood Presbyterian Medical Center and Hollywood Presbyterian Medical Center, and CHS HEALTHCARE MANAGEMENT, L.L.C.,<br><br>                     Defendants. | Case No. 2:12-cv-07559-ODW (SHx)<br><br>**ORDER STRIKING PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO REMAND [38]** |

On August 26, 2013, Plaintiffs Amy Roth and Shana Ekin filed their Reply in Support of Plaintiff's [*sic*] Motion to Remand. (ECF No. 38.) The Reply swells to some 24 pages—double this Court's reply page limit. FAQs about Judges' Procedures and Schedules ¶ VII(A)(1), *available at* http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/d7596199bbd33e87882579f5006b0828?OpenDocument ¶ VII.A.3 ("Replies shall not exceed 12 pages.")

Plaintiffs further violate Local Rule 5-4.3.1, which provides,

Documents filed electronically must be submitted in PDF. Except as

provided elsewhere in this L.R. 5-4, the document filed with the Court must be created using word-processing software, then published to PDF from the original word-processing file (to permit the electronic version of the document to be searched).  PDF IMAGES CREATED BY SCANNING PAPER DOCUMENTS ARE PROHIBITED . . . .

Plaintiffs' Reply appears to be either a scanned document or a nonsearchable PDF.  In either case, the document does not comport with Local Rule 5-4.3.1.

Considering both of these rule violations, the Court **STRIKES** Plaintiffs' Reply (ECF No. 38) and all supporting documents (ECF Nos. 38-1–38-7).  *See* L.R. 83-7(c).

**IT IS SO ORDERED.**

August 26, 2013

_____

**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**