**O**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY ROTH, SHANA EKIN, as individuals and on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CHA HOLLYWOOD MEDICAL CENTER, L.P., d/b/a CHA Hollywood Presbyterian Medical Center and Hollywood Presbyterian Medical Center, and CHS HEALTHCARE MANAGEMENT, L.L.C.,<br><br>                    Defendants. | Case No. 2:12-cv-07559-ODW(SHx)<br><br>**ORDER DENYING STIPULATION REGARDING HEARING AND BRIEFING DEADLINES [49]** |

On July 25, 2013, the Court issued an Order reopening this case after return from the Ninth Circuit Court of Appeals.  (ECF No. 31.)  The Court determined that Plaintiffs' class-certification motion would be heard no later than October 28, 2013. On September 20, 2013, the parties filed a Stipulation Regarding Class Certification Hearing and Briefing Deadlines.  (ECF No. 49.)  Plaintiffs indicate that they will file their class-certification motion by September 25, 2013.  But the parties request that Defendant have until November 8, 2013, to file its opposition, and then Plaintiffs have until January 27, 2014, to reply.  They seek a hearing date on that eventual motion on or after February 10, 2014.

/ / /

After a court has set a motion deadline, a party must present good cause for altering the date.  Fed. R. Civ. P. 6(b)(1).  Federal Rule of Civil Procedure 23(c)(1)(A) provides that at "an early practicable time after a person sues or is sued as a class representative, the court must determine by order whether to certify the action as a class action."  Central District Local Rule 23-3 requires that a plaintiff file a class-certification motion within "90 days after service of a pleading purporting to commence a class action."

The parties indicate that Defendant CHA Hollywood Medical Center intends to append some 30 declarations to its opposition to the class-certification motion.  The parties also have a mediation scheduled for January 16, 2014.

The Court has already ordered that the class-certification motion be heard no later than October 28, 2013.  This means that Plaintiffs can file their motion up until September 30, 2013.  While the Court certainly encourages the parties to come to a peaceful, bilateral resolution to this case through their mediation, the wheels of justice need not grind to a halt because there is a mediation scheduled some four months in the future.  Neither does the fact that CHA intends to conduct extensive discovery compel a different conclusion.  The parties are putting the cart before the horse.  Preliminary class certification is not a final step in the litigation; rather, the Federal Rules dictate that this Court resolve the issue at "an early practicable time."  October 28, 2013, is that time.

The Court accordingly **DENIES** the parties' stipulation.  (ECF No. 49.)

**IT IS SO ORDERED.**


September 23, 2012


_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**