MARLIN & SALTZMAN, LLP
LOUIS M. MARLIN, ESQ. (SBN 054053)
3200 El Camino Real, Suite 100
Irvine, California 92602
Tel: (714) 669-4900; Fax: (714) 669-4750
Email:       louis.marlin@marlinsaltzman.com

Attorneys for Plaintiffs

GREENBERG TRAURIG, LLP
MARK D. KEMPLE, ESQ. (SBN 145219)
ASHLEY M. FARRELL (SBN 271825)
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: (310) 586-7700; Fax: (310) 586-7800
Email:       kemplem@gtlaw.com
             farrella@gtlaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY ROTH, SHANA EKIN, as individuals and on behalf of themselves and all others similarly-situated,<br><br>            Plaintiff,<br><br>vs.<br><br>CHA Hollywood Medical Center, L.P., doing business as CHA Hollywood Presbyterian Medical Center, and Hollywood Presbyterian Medical Center; CHS Healthcare Management, LLC; and DOES 1 to 20, inclusive,<br><br>            Defendants. | CASE NO. 2:12-cv-07559-ODW-SH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint filed:      April 27, 2011 |

Having reached a settlement on all claims in this action, plaintiffs Amy Roth and Shana Ekin ("Plaintiffs") and defendants CHA Hollywood Medical Center, L.P., d/b/a CHA Hollywood Presbyterian Medical Center, Hollywood Presbyterian Medical Center, and CHS Healthcare Management, LLC ("Defendants") hereby stipulate to dismissal of this action in its entirety with prejudice, with each side to bear its own fees and costs.[1]

**IT IS SO STIPULATED.**

DATED:  April 15, 2014         MARLIN & SALTZMAN, LLP

By _____
   Louis M. Marlin
   Attorneys for Plaintiffs

DATED:  April 15, 2014         GREENBERG TRAURIG, LLP

By _____
   Mark D. Kemple
   Ashley M. Farrell
   Attorneys for Defendants

---

[1] Defendants in no way concede any wrongdoing and deny liability on all claims and contentions made by Plaintiffs in the action.