JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| AMY ROTH, SHANA EKIN, as individuals and on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHA HOLLYWOOD MEDICAL CENTER, L.P., d/b/a CHA Hollywood Presbyterian Medical Center and Hollywood Presbyterian Medical Center, and CHS HEALTHCARE MANAGEMENT, L.L.C.,<br><br>        Defendants. | Case No. 2:12-cv-07559-ODW(SHx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

    In light of the parties' Stipulation of Dismissal with Prejudice (ECF No. 95), the Court **DISMISSES** this action **WITH PREJUDICE**. Each party shall bear its own costs and fees. The Clerk of Court shall close this case.

    **IT IS SO ORDERED.**

    April 16, 2014

                                                  _____
                                                    **OTIS D. WRIGHT, II**
                                            **UNITED STATES DISTRICT JUDGE**